UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Marko Kamel,

          Debtor.

Case No. 24-31547
Chapter 7

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Nauni Manty hereby gives notice pursuant to Bankruptcy Rule 9010(b) that she is appearing in the above-captioned bankruptcy case as Chapter 7 trustee on behalf of Minnesota Implant Center, P.L.L.C., Case No. 24-30760.

Nauni Manty requests that she receives all notices and all other papers served or filed in this case, including, but not limited to all pleadings, motions, applications, and orders.  Pursuant to Bankruptcy Rule 2002(g), all notices and papers should be directed to the following:

> Nauni Manty
> Manty & Associates, P.A.
> 150 South Fifth Street, Suite 3125
> Minneapolis, MN 55402
> (612) 340-7950
> Nauni@mantylaw.com

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rule 2002(i) and 3017(a), and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013 and 9019.

Dated:  June 18, 2024

          *s/ Nauni Manty*
          Nauni Manty (#230352)
          150 South Fifth Street, Suite 3125
          Minneapolis, MN 55402
          (612) 340-7950
          nauni@mantylaw.com

          Chapter 7 trustee