**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

___

| | |
|---|---|
| In Re: | Case No. 24-31547 |
| Marko Kamel | |
| Debtor, | Chapter 13 |

___

**MOTION TO DISMISS CHAPTER 13 CASE PURSUANT TO**
**11 USC SEC. 1307(b)**

___

TO THE DEBTOR, CHAPTER 13 TRUSTEE, UNITED STATES TRUSTEE AND OTHER PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 9013-2.

1. Marko Kamel, the "Movant", moves the court for the relief requested below and gives notice of hearing.

2. The court will hold a hearing on this motion at **August 21, 2024 @ 9:30AM**, before the before the Honorable Michael E. Ridgway, United States Bankruptcy Court Judge, at Courtroom 7 West, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3. Any response to this motion must be filed and served not later than **August 14, 2024**, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. The petition commencing this chapter 13 case was filed on 6/13/2024. The case is now pending in this court. The court has jurisdiction over this motion pursuant to 28 U.S.C. § 157 and § 1305 and § 1329, Fed. R. Bankr. P. 5005, Bankruptcy Local Rule 1070-1, 3015-2(b), and applicable rules.

## MOTION

5.      The Movant, by and through his attorney, moves the court to dismiss his case pursuant to 11 USC Sec. 1307(b).

### MEMORANDUM OF LAW AND FACTS IN SUPPORT OF MOTION

A debtor is allowed to dismiss a Chapter 13 case pursuant to 11 U.S.C. § 1307(b).

This statute states as follows:

> On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable.

11 U.S.C. § 1307(b).

Dismissal is necessary because claims have been filed that far exceed the debt ceiling of chapter 13. Debtor is ineligible to be in a chapter 13 bankruptcy. The Movant respectfully requests that his chapter 13 proceeding be dismissed.

Dated July 30, 2024

By /s/ Barbara J May
Barbara J May #129689
1915 Highway 36W
Roseville, MN  5113
Tel: 651.486-8887
Fax: 651.486-8890
Barbara@barbaramaylawoffice.com
Attorney for Debtor

# VERIFICATION

      Marko Kamel, having reviewed the attached document, declares under penalty of perjury that he knows the information contained herein to be true and correct to the best of his knowledge.

Dated: 7/30/2024

DocuSigned by:

*Marko Kamel*

Marko Kamel

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Case # 24-31547
Chapter 13

In Re:

Marko Kamel

**ORDER DISMISSING CASE**

Debtor,

This matter came before the Court on the debtor's motion to dismiss her chapter 13 proceeding. Based on the file, record and proceedings,

IT IS ORDERED:

1. That the debtor's motion is APPROVED and the chapter 13 case is dismissed.

BY THE COURT:

Dated: _____

_____
Michael E. Ridgway
United States Bankruptcy Judge

Barbara J. May, being duly sworn upon oath, says that on the 30th day of July, 2024, she served the Debtor's

Motion to dismiss on:

Gregory Burrell
100 South Fifth Street, Suite 480
Minneapolis, MN  55402

United States Trustee
300 S 4th St Ste 1015
 Minneapolis, MN 55415

All creditors on attached matrix

   /e/ Barbara J. May

Barbara J. May

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-3<br>Case 24-31547<br>District of Minnesota<br>St Paul<br>Fri Jul 12 12:00:54 CDT 2024 | Minnesota Implant Center P.L.L.C.<br>c/o Chapter 7 Trustee<br>Nauni Manty<br>150 South Fifth Street, Suite 3125<br>Minneapolis, MN 55402-4221 | QL Titling Trust LTD/Quality Leasing Co., In<br>9830 Bauer Dr<br>Carmel, IN 46280-1972 |
| St Paul<br>200 Warren E. Burger Federal Building<br>and U.S. Courthouse<br>316 N Robert St<br>St Paul, MN 55101-1495 | (p)ALLIANT CREDIT UNION<br>BANKRUPTCY DEPARTMENT<br>11545 W TOUHY AVE<br>CHICAGO IL 60666-5000 | AMERICAN EXPRESS<br>CUSTOMER SERVICE<br>PO BOX 981535<br>EL PASO  TX  79998-153<br>EL PASO  TX  79998-1535 |
| (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | BMW Financial Services NA, LLC<br>1400 City View Drive<br>Columbus, OH 43215-1477 | Barbara J. May Attorney at Law<br>1915 Highway 36 W<br>Suite 103<br>Roseville, MN 55113-2709 |
| INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | John Degnan<br>80 S 8th St<br>Minneapolis, MN 55402-2100 | LARKIN HOFFMAN<br>8300 NORMAN CENTER DRIVE<br>SUITE 1000<br>MPS, MN  55437-1060 |
| MICHEAL MEDICAL IGH<br>3120 WOODBURY DRIVE<br>WOODBURY, MN 55129-9600 | Nicole Brant<br>33 S. 6th Street<br>Suite 4400<br>Mpls, MN 55402-3710 | TD AUTO FINANCE<br>1650 W 82D ST<br>BLOOMINGTON, MN 55431-1419 |
| US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | Barbara J May<br>Barbara J. May Law Firm<br>1915 Highway 36 West<br>Suite 103<br>Roseville, MN 55113-2709 | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402-1250 |
| Marko Kamel<br>1508 Clippership<br>Woodbury, MN 55125-8591 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ALLIANT CREDIT UNION<br>11545 TOUHY AVE<br>CHICAGO IL  60666 | BMW FINANCIAL SERVICES<br>5515 PARKCENTER CIRCLE<br>DUBLIN, OH  43017 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                  18 |