UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Case # 24-31547
Chapter 13

In re:

Marko Kamel

**ORDER DISMISSING CASE**

Debtor,

This matter came before the Court on the debtor's motion to dismiss her chapter 13 proceeding. Based on the file, record and proceedings,

IT IS ORDERED:

1. That the debtor's motion is GRANTED and the chapter 13 case is dismissed.

BY THE COURT:

Dated: August 21, 2024

*/e/ Michael E. Ridgway*
Michael E. Ridgway
United States Bankruptcy Judge